IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUISE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:18-cv-003272 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Daniel G. Martin |
| CHICAGO PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

Please take notice that on **Tuesday, March 19, 2019,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, counsel for Plaintiff, Louise Hill shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead, in courtroom 2103 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present the Agreed Motion for Entry of Stipulation of Dismissal.

Dated: March 11, 2019                                    Respectfully Submitted,


                                                         By: /s/ *Joseph L. Kish*
                                                              One of Plaintiff's Attorneys

Joseph L. Kish – jkish@smsm.com
Segal McCambridge Singer & Mahoney Ltd.
223 S. Wacker Drive, Ste. 5500
Chicago, IL 60606
(312) 645-7800

1

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the Notice of Agreed Motion for Entry of Stipulation of Dismissal was served upon on all counsel of record electronically through CM/ECF on March 11, 2019.

       Respectfully Submitted,

       By: /s/ *Darline L. Dabney*

Joseph L. Kish – jkish@smsm.com
Segal McCambridge Singer & Mahoney Ltd.
223 S. Wacker Drive, Ste. 5500
Chicago, IL 60606
(312) 645-7800